UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE and/or DOCKET No.: 11-5349

**UNITED STATES OF AMERICA; et seq.**
Plaintiff (Petitioner)

Sheriff's Sale Date: _____

V.

**PAULA C. WITMER; et al.**
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

☑ Complaint    ☑ Summons    ☐ Other: _____

I, RYAN MARKS, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve PAULA C. WITMER the above process on the 25 day of October, 2011, at 5:50 o'clock, PM, at 6 Harvestview Apt C Mount Joy, PA 17552 2971, County of Lancaster, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>41-45</u>   Height <u>5'4</u>   Weight <u>300</u>   Race <u>WHITE</u>   Sex <u>FEMALE</u>   Hair <u>BLONDE</u>

Military Status:  ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of <u>PA</u>           )
                                         ) SS:
County of <u>Berks</u>                   )

Before me, the undersigned notary public, this day, personally, appeared _____<u>Ryan Marks</u>_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-108931

Subscribed and sworn to before me this <u>26</u> day of <u>Oct</u>, 20<u>11</u>.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
[illegible], Notary Public
[illegible] Twp., Berks County
My Commission Expires Nov. 18, 20[illegible]